UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Denny Roger Bates, #261356, ) | |
| ) | C/A No.: 4:11-cv-03140-GRA-TER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SCDC, ) | **ORDER** |
| SCDMH, ) | |
| GEO CRCC, and Attorney General, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter comes before this Court on a *pro se* Motion for a Hearing by Plaintiff Denny Roger Bates, filed on November 21, 2011. This Court has since received Plaintiff's amended summons and complaint, and finds that Plaintiff's concerns will be properly addressed in a written order. Accordingly, this Court finds Plaintiff's Motion for a Hearing should be DENIED as moot, and this case is remanded to the magistrate judge for a Report and Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for a hearing is DENIED as moot.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

July 13, 2012
Anderson, South Carolina